# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD FOSTER Jr., <br><br> Plaintiff, <br><br> v. <br><br> DIVISION OF ADULT PAROLE OPERATIONS, et al., <br><br> Defendants. | Case No. 1:19-cv-00573-LJO-JLT (PC) <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*; AND ORDERING PLAINTIFF TO PAY THE FILING FEE** <br><br> (Docs. 2, 5) |

Plaintiff filed a motion to proceed *in forma pauperis* along with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 7, 2019, the Magistrate Judge issued Findings and Recommendations to deny Plaintiff's application to proceed *in forma pauperis* based on his untrue poverty allegation. (Doc. 5.) The Findings and Recommendations were served on Plaintiff on that same date and allowed for objections to be filed within twenty-one days. (*Id.*) In his objections, Plaintiff argues that, though he has no dependents, he has medical needs which the jail does not provide for such that funds to make canteen purchases ensure his life and health are not jeopardized. (Doc. 7.) Plaintiff states that, family members gave him that money and that he had to use it to buy "dietary and medicinal items related to his diabetic condition" that can only be purchased through the canteen at "exorbitant prices." (*Id.*) However, the entity incarcerating Plaintiff is required to

1

provide for his medical and related dietary needs which does not justify Plaintiff spending his money on canteen purchases over paying the filing fee for this action. If Plaintiff's needs are not met, he has recourse via the inmate appeals process and ultimately the courts. Finally, the Court is not required and declines Plaintiff's invitation to consider the average monthly balance of his account for the entire time that Plaintiff has been incarcerated. For purposes of Plaintiff's ability to pay the filing fee for this action, only the six months before he filed this action need be, and have been, considered.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. The Court is unable to find basis in Plaintiff's objections to override the magistrate judge's findings that Plaintiff had sufficient funds at his disposal, which he spent elsewhere in the six months prior to filing this action, to warrant denying his *in forma pauperis* application. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. the Findings and Recommendations, issued on May 7, 2019 (Doc. 5), are adopted in full;
2. Plaintiff's application to proceed *in forma pauperis*, filed on April 30, 2019 (Doc. 2), is **DENIED**;
3. **within 21 days** of the date of service of this order, Plaintiff is required to pay in full the $400.00 filing fee for this action; and
4. **Plaintiff's failure to comply with this order shall result in the dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated: **May 22, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE