# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD FOSTER, Jr., <br><br> Plaintiff, <br><br> v. <br><br> DIVISION OF ADULT PAROLE OPERATIONS, et al., <br><br> Defendants. | Case No. 1:19-cv-00573-LJO-JLT (PC) <br><br> **FINDINGS AND RECOMMENDATIONS TO DISMISS DUE TO PLAINTIFF'S FAILURE TO PAY FILING FEE** <br><br> (Doc. 8) <br><br> 21-DAY DEADLINE |

On May 22, 2019, the Court denied Plaintiff's application to proceed *in forma pauperis* and ordered him to pay the $400.00 filing fee in full. (Doc. 6.) A civil action may not proceed absent the submission of the filing fee or an approved application to proceed *in forma pauperis*. 28 U.S.C. §§ 1914, 1915. The Court denied Plaintiff's application to proceed *in forma pauperis* and he has not paid the filing fee. Based on Plaintiff's ineligibility to proceed *in forma pauperis* and his failure to comply with the Court's order to pay the filing fee in full, dismissal of this action is appropriate. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Court RECOMMENDS that this action be DISMISSED for Plaintiff's failure to pay the $400.00 filing fee.

///

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). **Within 21 days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **June 27, 2019**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE